**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 14-210 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| MICHAEL CANOVALI, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Defendant's Motion (Doc. 64) for compassionate release, based on Covid-19 related health concerns, will be denied.  Although Defendant's documented health-conditions are significant, the Court is required to balance these factors with the ones resulting in his original sentence, pursuant to 18 U.S.C. § 3553.

Defendant is approximately 66 months into a 168-month term of imprisonment for distributing child pornography.  His term of imprisonment, by way of a plea agreement, was significantly lower than the Guideline range.  His prior criminal history included other child-involved crimes.  *See* PSR (Doc. 45) at pgs. 8-9.  The Court is not convinced that Defendant's service-of-sentence, to date, is remotely sufficient to address the nature, circumstances and seriousness of Defendant's offense, and the needs for just punishment, deterrence and rehabilitation.

Having weighed the specific facts and circumstances regarding Defendant, vis-à-vis Covid-19 − along with all of the considerations in Section 3553 – the Court cannot agree that release is warranted.  For these reasons, along with the others identified in the government's opposition (Doc. 69), Defendant's Motion (**Doc. 64**) for compassionate release is **DENIED**.

IT IS SO ORDERED.

February 1, 2021                                s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record